IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-33765 |
| DEHNER, JOSEPH M.<br>DEHNER, DEBRA L., | Chapter 7 |
| Debtors. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Premier Vacation Club                              $15.90

Dated: June 27, 2011                Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:     jshtrustee@jonesobenchain.com

1
NOTICE OF UNCLAIMED FUNDS

2

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Thomas M. Walz<br>twalz@hahnwalz.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann